BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
MATTHEW D. SEGAL
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 01: 08-CR-00384 OWW |
| Plaintiff, | ) ) | ORDER ON STIPULATION REGARDING RESTITUTION OWED BY DEFENDANT |
| v. | ) ) | KAREN FREYLING |
| KAREN FREYLING, | ) ) | |
| Defendant. | ) ) ) | |

**ORDER**

The court has reviewed and considered the agreement of the parties regarding restitution. The order of restitution to the Social Security Administration in the amount of $137,555.92 remains in place. In addition, defendant FREYLING is ordered to pay restitution as follows, and as directed by the United States Probation Office:

1

a.) $125,000.00 to copyright holders in a proportion determined by the Motion Picture Association of America based upon their analysis of the sales history and inventory for the defendant's business(es);

b.) $2135.00 to the Motion Picture Association of America for costs of the organization's investigation of the defendant's sale of infringing goods;

c.) Approximately $32,600 for customers (including supplier Uline) of the DVD distribution business(es) operated by the defendant.

IT IS SO ORDERED.

**Dated:  October 8, 2010**           /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE