UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 26 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff - Appellee,<br><br>  v.<br><br>KAREN JEAN FREYLING,<br><br>        Defendant - Appellant. | No. 10-10268<br><br>D.C. No. 1:08-cr-00384-OWW-1<br>U.S. District Court for Eastern California, Fresno<br><br>**MANDATE** |

The judgment of this Court, entered October 04, 2011, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                            FOR THE COURT:
                                            Molly C. Dwyer
                                            Clerk of Court

                                            Lee-Ann Collins
                                            Deputy Clerk