# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **1:08-CR-00384 LJO** |
| **Plaintiff,** | |
| | **ORDER ON MOTION TO ADJUST RESTITUTION PAYMENTS (DOC. 288)** |
| **v.** | |
| **KAREN JEAN FREYLING,** | |
| **Defendant.** | |

The Court has received and reviewed the papers submitted in support and in opposition of Defendant's motion to adjust the restitution payment schedule, and after the oral argument on June 8, 2015, issues the following order.

The motion is **GRANTED** and the Court adjusts the restitution payment schedule to require monthly restitution payments to all victims at the rate of 10% of her gross monthly income.

That said, this Court neither has jurisdiction over the Social Security Administration ("SSA") to affect what they do with any benefits potentially owed to Defendant Freyling, nor does the Court intend by its ruling on this motion to affect any decisions by the SSA.

IT IS SO ORDERED.

Dated:  __June 8, 2015__          ____/s/ Lawrence J. O'Neill____
                                 UNITED STATES DISTRICT JUDGE